UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LONG ISLAND NEUROSURGICAL ASSOCIATES, P.C.,

                                 Plaintiff,                     Civil Action No.:
                                                                 2:18-cv-03660-SJF-GRB

      -against-

AETNA LIFE INSURANCE COMPANY,       **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

                                Defendants.
-----------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

     Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Long Island Neurosurgical Associates, P.C., by its counsel, Nan Geist Faber, P.C., hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant, Aetna Life Insurance Company.

Dated:  May 31, 2019

                                              /s/ Nan Geist Faber
                                              Nan Geist Faber, Esq.
                                              NAN GEIST FABER, P.C.
                                              *Attorney for Plaintiff*
                                              *Long Island Neurosurgical Associates, P.C.*
                                              996 Dartmouth Lane
                                              Woodmere, NY 11598
                                              T. (516) 526-2456
                                              nfaber@nangeistfaber.com

cc: All Counsel of Record (via ECF)